(No. 74-CV-67— ▮▮▮▮▮▮

SIGNE O. DAHLQUIST, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 17, 1974.*

SIGNE O. DAHLQUIST, Claimant pro se.

WILLIAM J. SCOTT, Attorney General; GEORGE MUSTIS, Assistant Attorney General.

PER CURIAM.

This claim arose out of a criminal battery on April 9, 1974, at 6201 North Hermitage, Chicago, Illinois. Signe O. Dahlquist of 6404 North Hermitage, Chicago, Illinois, seeks compensation pursuant to the provisions of the Crime Victims Compensation Act (hereafter referred to as the "Act"), Ill. Rev. Stat., 1973, Ch. 70, Sec. 71 *et seq.*

This Court has carefully considered the application for benefits submitted on the form prescribed and furnished by the Court; and a report by the Attorney General of the State of Illinois, which substantiates the matter set forth in the application. Based upon the documents and other evidence submitted before the Court, the Court finds as follows:

1. That the claimant was a victim of a violent crime pursuant to Ill. Rev. Stat., 1973, Ch. 70, Sec. 72, to wit:

"Battery, Sec. 12-3, Ch. 38, Ill. Rev. Stat., 1973."

2. That said crime occurred at 11:25 a.m. on April 9, 1974, at 6201 North Hermitage, Chicago, Illinois at which time claimant suffered a beating about the face.

3. That said crime was reported to Area 6, Robbery Division of the Chicago Police Department promptly and Claimant has cooperated fully with law enforcement officials.

4. There was no evidence that Claimant was a relative or member of the same household of the assailant.

5. The injury to Claimant was not attributable either to her wrongful act or provocation on her part.

6. Claimant has suffered damages in excess of $200.00 compensable by Section 74 of the Act, to wit:

| | | |
|---|---|---|
| A. | Hospital Expenses | $1,098.85 |
| B. | Surgical and Doctor's Expenses | 857.00 |
| | TOTAL MEDICAL EXPENSES | $1,955.85 |

7. Direct benefits have been paid to the hospital and doctors by Medicare No. 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A and Blue Shield No. 65005-4367 in the amount of:

Less INSURANCE BENEFITS. . . . . . . . . . . . . . . . . . . . . . . $1,743.89

8. There is a $.40 telephone charge that is not compensable under the Crime Victims' Compensation Act:

Less UNCOMPENSABLE . . . . . . . . . . . . . . . . . . . . . . . . . $ .40

| | |
|---|---|
| Less $200.00 Deductible | 211.56 |
| Pursuant to Sec. 7(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 200.00 |
| TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 11.56 |

9. That the proof submitted in support of this claim satisfies all of the requirements of this Act, and the claim is therefore compensable thereunder.

IT IS HEREBY ORDERED that the sum of $11.56 (ELEVEN DOLLARS AND FIFTY SIX CENTS) be awarded Signe O. Dahlquist, as an innocent victim of a violent crime.